IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOSEPH LYNCH, JR., CM, Mother, and ZM, a minor

    Petitioner,

vs.

CALIFORNIA COURT OF APPEAL, THIRD DISTRICT, et al.,

    Respondents.

No. 2:08-cv-00041-MCE-EFB P

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 14, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fifteen days. Petitioner has filed objections to the findings and recommendations and a motion for a temporary restraining order.

///

///

1

1  Since the court adopts the findings and recommendations in full with the result that this action is
2  dismissed for lack of subject matter jurisdiction, the court does not address the motion for a
3  temporary restraining order.
4      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
5  this court has conducted a de novo review of this case. Having carefully reviewed the entire file,
6  the court finds the findings and recommendations to be supported by the record and by proper
7  analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1. The findings and recommendations filed July 14, 2008, are adopted in full; and
10     2. This action is dismissed for lack of subject matter jurisdiction.

Dated: September 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE