UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES JOSEPH LYNCH, JR., CM, Mother, and ZM, a minor,<br><br>        Petitioners,<br><br>    v.<br><br>CALIFORNIA COURT OF APPEAL, THIRD DISTRICT, et al.,<br><br>        Respondents. | No. 2:08-cv-00041-MCE-JFM P<br><br>**ORDER** |

In its November 19, 2008 Order denying Petitioner's Motion to Amend or Alter the Judgment previously entered herein on or about September 19, 2008, the Court issued an Order to Show Cause as to why Petitioner's counsel, James Joseph Lynch, Jr., should not be sanctioned under Federal Rule of Civil Procedure 11 for filing a frivolous habeas corpus petition. A hearing on the Order to Show Cause was scheduled for January 9, 2009. Mr. Lynch failed to appear at the hearing.

///

1

    Given his repeated disregard for the orders of this Court and his egregious failure to recognize well-established tenets of law despite express admonitions that he do so, the Court imposes sanctions against Mr. Lynch, pursuant to Rule 11, in the amount of $1,500.00.  Said sanctions shall be paid to the Clerk of this Court within ten (10) days of the date of this Order, and Lynch is further ordered to file a notice with this Court within the same ten (10)-day period that the sanctions have in fact been remitted.  Finally, Lynch is ordered to comply with all ethical responsibilities attendant upon an attorney with respect to the sanctions that have now been imposed against him.

    IT IS SO ORDERED.

Dated: January 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE